**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SADOSKI, PAUL M | § | Case No. 09-06866 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DAVID P. LEIBOWITZ</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30 on 01/21/2010 in Courtroom 742, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  <u>12/17/2009</u>     By:  <u>/s/DAVID P. LEIBOWITZ</u>
                                              Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SADOSKI, PAUL M § Case No. 09-06866
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 5,001.26

*and approved disbursements of* $ 0.00

*leaving a balance on hand of* [1] $ 5,001.26

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID P. LEIBOWITZ | $ 1,250.13 | $ 78.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____  $_____  $_____
*Attorney for* _____  $_____  $_____
*Accountant for* _____  $_____  $_____
*Appraiser for* _____  $_____  $_____
*Other* _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,663.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $ 8,557.22 | $ 736.74 |
| 2 | Recovery Management Systems Corp/ assignee of GE Money Bank Sam's Club | $ 2,341.52 | $ 201.59 |
| 3 | Recovery Management Systems Cor/assignee of GE Money Bank Old Navy | $ 894.39 | $ 77.00 |
| 4 | Recovery Management Systems Corp/assignee of GE Money Bank Empire/GEMB | $ 7,000.00 | $ 602.67 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 23,870.35 | $ 2,055.13 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                *Allowed Amt. of Claim*   *Proposed Payment*

                                 N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                                *Allowed Amt. of Claim*   *Proposed Payment*

                                 N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DAVID P. LEIBOWITZ  
                         Trustee

DAVID P. LEIBOWITZ  
420 W. Clayton Street  
Waukegan, IL  60085-4216  
(847) 249-9100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch                Page 1 of 1          Date Rcvd: Dec 17, 2009
Case: 09-06866                Form ID: pdf006             Total Noticed: 22

The following entities were noticed by first class mail on Dec 19, 2009.
db           +Paul M Sadoski,   6732 W. 64th Pl. #3E,   Chicago, IL 60638-4851
aty          +Ben L Schneider,   Schneider & Stone,   8424 Skokie Blvd.,   Suite 200,   Skokie, IL 60077-2568
aty          +Ben Schneider,   Weingarten and Adler,   8170 N, McCormick Blvd  Suite 118,
               Skokie, IL 60076-2914
aty           Carrie A Zuniga,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
13590808     +Americas Servicing Co.,   Attention: Bankruptcy,,   1 Home Campus,   Des Moines, IA 50328-0001
13590810     +Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
13590811     +Capital One Mastercard,   P.O. Box 26074,   Richmond, VA 23260-6074
13590812     +Chase,   201 N. Walnut St//de1-1027,   Wilmington, DE 19801-2920
13590813     +Chicago Patrolman's FCU,   1359 W Washington Blvd,   Chicago, IL 60607-1905
13590814     +Citizens Bank,   480 Jefferson Blvd,   RJE 135,   Warwick, RI 02886-1359
14294913      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK 73124-8809
13590816     +Ford Motor Credit Corporation,   National Bankruptcy Center,   PO Box 537901,
               Livonia, MI 48153-7901
13590818     +National City Card,   1 National City Pkwy,   Kalamazoo, MI 49009-8002
13590819      Old Navy Visa,   200 Old Navy Lane,   Grove City, OH 43123
13941142     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13590821     +Tnb-Visa,   PO Box 9475,   Minneapolis, MN 55440-9475
The following entities were noticed by electronic transmission on Dec 17, 2009.
13590817     +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2009 00:11:17      GEMB / HH Gregg,
               Attention: Bankruptcy,   PO Box 103106,   Roswell, GA 30076-9106
14290523     +E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2009 00:11:18
               Recovery Management Systems Corporation,   For GE Money Bank,   dba EMPIRE/GEMB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14275008     +E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2009 00:11:18
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14290522     +E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2009 00:11:18
               Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY VISA CARD,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13590820     +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2009 00:11:17      Sams Club,
               Attention: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
13590809*    +Americas Servicing Co.,   Attention: Bankruptcy,,   1 Home Campus,   Des Moines, IA 50328-0001
13590815*    +Citizens Bank,   480 Jefferson Blvd,   RJE 135,   Warwick, RI 02886-1359
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                    **Signature:** *Joseph Speetjens*