**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SADOSKI, PAUL M § Case No. 09-06866
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $149,600.00 | Assets Exempt: $4,600.00 |
| Total Distribution to Claimants: $3,673.48 | Claims Discharged Without Payment: $131,769.00 |
| Total Expenses of Administration: $1,328.13 | |

3) Total gross receipts of $ 5,001.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $145,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,328.13 | 1,328.13 | 1,328.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,334.00 | 42,663.48 | 42,663.48 | 3,673.48 |
| **TOTAL DISBURSEMENTS** | $265,334.00 | $43,991.61 | $43,991.61 | $5,001.61 |

4) This case was originally filed under Chapter 7 on March 01, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2010     By: /s/DAVID P. LEIBOWITZ
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.61 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Americas Servicing Co | 4110-000 | 130,000.00 | N/A | N/A | 0.00 |
| Americas Servicing Co | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$145,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 1,250.13 | 1,250.13 | 1,250.13 |
| DAVID P. LEIBOWITZ | 2200-000 | N/A | 78.00 | 78.00 | 78.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,328.13 | 1,328.13 | 1,328.13 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TARGET NATIONAL BANK | 7100-000 | N/A | 8,557.22 | 8,557.22 | 736.81 |
| Recovery Management Systems Corp/ assignee of GE Money | 7100-000 | 2,500.00 | 2,341.52 | 2,341.52 | 201.61 |
| Recovery Management Systems Cor/assignee of GE Money Bank | 7100-000 | 1,000.00 | 894.39 | 894.39 | 77.01 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Recovery Management Systems Corp/assignee of GE Money Bank | 7100-000 | N/A | 7,000.00 | 7,000.00 | 602.73 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 24,055.00 | 23,870.35 | 23,870.35 | 2,055.32 |
| Citizens Bank | 7100-000 | 406.00 | N/A | N/A | 0.00 |
| Ford Motor Credit Corporation National Bankruptcy Center | 7100-000 | 13,990.00 | N/A | N/A | 0.00 |
| Citizens Bank | 7100-000 | 22,050.00 | N/A | N/A | 0.00 |
| Tnb-Visa | 7100-000 | 8,800.00 | N/A | N/A | 0.00 |
| GEMB / HH Gregg | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| National City Card | 7100-000 | 1,138.00 | N/A | N/A | 0.00 |
| Chicago Patrolman's FCU | 7100-000 | 15,101.00 | N/A | N/A | 0.00 |
| Americas Servicing Co | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| Capital One Mastercard | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 7,494.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 120,334.00 | 42,663.48 | 42,663.48 | 3,673.48 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-06866  
**Case Name:** SADOSKI, PAUL M  

**Period Ending:** 05/18/10

**Trustee:** (330570) DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 03/01/09 (f)  
**§341(a) Meeting Date:** 04/15/09  
**Claims Bar Date:** 08/10/09

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | hangResidence, an, DF-X6732 W. 64th Pl. #3E, PDF | 145,000.00 | 145,000.00 | DA | 0.00 | FA |
| 2 | Charter One Bank Checking of deposit, or shares | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Order of Police Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture video, and computer equipment. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc shirts and jeans | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2004 Toyota Corolla and accessories. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | TAX REFUNDS (u)  asset recovered per debtors testimony at 341 meeting. | 0.00 | 5,000.00 | DA | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.61 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$149,600.00** | **$150,000.00** | | **$5,001.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed 12/17/2009  
Distribution made after hearing

**Initial Projected Date Of Final Report (TFR):**   June 21, 2010       **Current Projected Date Of Final Report (TFR):**   December 17, 2009  (Actual)

Printed: 05/18/2010 01:38 PM    V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-06866  
**Case Name:** SADOSKI, PAUL M  

**Taxpayer ID #:** **-***9651  
**Period Ending:** 05/18/10

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/21/09 | {7} | Charter One | Turnover of portion of refund- per dpl at 341 meeting | 1224-000 | 5,000.00 | | 5,000.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 5,000.02 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.23 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.44 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,000.65 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,000.85 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,001.05 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.26 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,001.47 |
| 01/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.14 | | 5,001.61 |
| 01/22/10 | | To Account #********0366 | In preparation of Distribution | 9999-000 | | 5,001.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,001.61 | 5,001.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,001.61 | |
| | | | **Subtotal** | | 5,001.61 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,001.61** | **$0.00** | |

{} Asset reference(s)             Printed: 05/18/2010 01:38 PM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06866  
**Case Name:** SADOSKI, PAUL M  

**Taxpayer ID #:** **-***9651  
**Period Ending:** 05/18/10  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/10 | | From Account #********0365 | In preparation of Distribution | 9999-000 | 5,001.61 | | 5,001.61 |
| 01/22/10 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,250.13, Trustee Compensation; Reference: | 2100-000 | | 1,250.13 | 3,751.48 |
| 01/22/10 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $78.00, Trustee Expenses; Reference: | 2200-000 | | 78.00 | 3,673.48 |
| 01/22/10 | 103 | TARGET NATIONAL BANK | Dividend paid 8.61% on $8,557.22; Claim# 1; Filed: $8,557.22; Reference: | 7100-000 | | 736.81 | 2,936.67 |
| 01/22/10 | 104 | Recovery Management Systems Corp/ assignee of GE Money Bank | Dividend paid 8.61% on $2,341.52; Claim# 2; Filed: $2,341.52; Reference: | 7100-000 | | 201.61 | 2,735.06 |
| 01/22/10 | 105 | Recovery Management Systems Cor/assignee of GE Money Bank | Dividend paid 8.61% on $894.39; Claim# 3; Filed: $894.39; Reference: | 7100-000 | | 77.01 | 2,658.05 |
| 01/22/10 | 106 | Recovery Management Systems Corp/assignee of GE Money Bank | Dividend paid 8.61% of $7,000.00; Claim# 4; Filed: $7,000.00; Reference: | 7100-000 | | 602.73 | 2,055.32 |
| 01/22/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.61% on $23,870.35; Claim# 5; Filed: $23,870.35; Reference: | 7100-000 | | 2,055.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,001.61 | 5,001.61 | $0.00 |
| | | | Less: Bank Transfers | | 5,001.61 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,001.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,001.61 | |

{} Asset reference(s)

Printed: 05/18/2010 01:38 PM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-06866 | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| **Case Name:** | SADOSKI, PAUL M | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***9651 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/18/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts : 5,001.61

Net Estate : $5,001.61

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****03-65** | 5,001.61 | 0.00 | 0.00 |
| **Checking # ***-*****03-66** | 0.00 | 5,001.61 | 0.00 |
| **Checking # 9200-******03-66** | 0.00 | 0.00 | 0.00 |
| | $5,001.61 | $5,001.61 | $0.00 |
| Bank Transfers | $5,001.61 | $5,001.61 | |

{} Asset reference(s)   Printed: 05/18/2010 01:38 PM   V.12.08